UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anwar M. Abdi,                                    Civil No. 12-2006 (DWF/FLN)

          Plaintiff,

v.                                                **ORDER ADOPTING REPORT
                                                  AND RECOMMENDATION**

Amy J. Klobuchar, Stephen Jakubowski,
and Lori Swanson,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated August 27, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

    2.    This action is summarily **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 11, 2012             s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge